## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Nicholas Shane Gilbert**; DOB: 2001; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.  22-02044MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 10, 2022, in the District of Arizona, **Nicholas Shane Gilbert**, knowing or in reckless disregard that certain aliens, including Gregorio Barriga-Coria, Luis Eduardo Chagala-Rosas, and Carlos Martinez-Chagala, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain, in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 10, 2022, in the District of Arizona (Sierra Vista), United States Border Patrol Agents (BPAs) responded to an Integrated Fixed Tower (IFT) visual of several people loading into a black four door sedan, later identified as a 2015 Chevrolet Impala. The load up location was approximately one mile north of the international border. BPAs were able to park ahead of the vehicle and wait for it to pass. The Remote Video Surveillance System (RVSS) acquired visual of the vehicle. As the vehicle passed the parked BP vehicle, BPAs observed multiple people in the backseat. The BPA conducted a vehicle stop and identified the driver as **Nicholas Shane Gilbert.** Two people in the back seat, including Gregorio Barriga-Coria, were covered in debris and sweating profusely. The BPA determined them to be Mexican citizens illegally present in the United States. The BPA removed **Gilbert** from the vehicle and asked if there was anyone in the trunk and he replied yes. The trunk was opened to reveal two people later identified as Luis Eduardo Chagala-Rosas and Carlos Martinez-Chagala. Both people discovered in the trunk were determined to be Mexican citizens illegally present in the U.S.

Records checks revealed that Gregorio Barriga-Coria, Luis Eduardo Chagala-Rosas, and Carlos Martinez-Chagala did not have the proper immigration documentation to enter or remain in the U.S. legally. Material witnesses Luis Eduardo Chagala-Rosas and Carlos Martinez-Chagala said they arranged to be smuggled into the United States for money. Material witness Barriga said he crossed the International Boundary Fence (IBF) alone and came across another individual in the mountains as he was walking. Barriga said he walked to a highway and started waving down cars for a ride. Barriga said a black car stopped and the driver said he could have a ride.

Material witness Chagala said he crossed the IBF with a group and walked to a road at the base of a mountain. Chagala said a black car arrived and he got into the trunk because there was not enough room in the seats.

**Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Gregorio Barriga-Coria, Luis Eduardo Chagala-Rosas, and Carlos Martinez-Chagala

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA HNS/lh | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>August 11, 2022 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

22-02044MJ

**Continued from the previous page:**

Material witness Martinez said he crossed the IBF as part of a group and walked to a road at the base of a mountain guided by a phone. At the road Martinez said they were picked up by a black sedan. Martinez said that he got into the trunk because there was not enough space in the seats.

A consensual search of **Gilbert's** phone revealed messages between **Gilbert** and an alien smuggling coordinator. The coordinator was looking for drivers and sent **Gilbert** to WhatsApp for communications. On WhatsApp, monetary gain was discussed for each "Mexican" being picked up and **Gilbert** discussed his friends getting a rental vehicle to be able to pick up more at once.