GARY M. RESTAINO
United States Attorney
District of Arizona
TANYA MILLER
Assistant U.S. Attorney
State Bar No.: 026067
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: tanya.miller@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED
**Sep 07 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-22-01982-JGZ-JR<br>No. 22-02044M (JR) |
| Plaintiff, | I N F O R M A T I O N |
| vs. | Violation: 8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i) |
| Nicholas Shane Gilbert, | (Conspiracy to Transport Illegal Aliens for Profit) |
| Defendant. | **Felony** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

From a date unknown to on or about August 10, 2022, in the District of Arizona, Nicholas Shane Gilbert, did knowingly and intentionally combine, conspire, confederate, and agree with various persons known and unknown, to transport and move illegal aliens, including Gregorio Barriga-Coria, Luis Eduardo Chagala-Rosas, and Carlos Martinez-Chagala, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

GARY M. RESTAINO
United States Attorney
District of Arizona

**TANYA MILLER** Digitally signed by TANYA MILLER
Date: 2022.08.23 15:45:12 -07'00'

_____
Date

TANYA MILLER
Assistant U.S. Attorney