**JILL E. THORPE**
Attorney at Law
P.O. Box 85537
Tucson, Az. 85754
(520) 620-1849
jill@jillthorpe.com
Az Bar No. 10490

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　Plaintiff<br><br>vs.<br><br>Nicholas Shane Gilbert<br>　　　Defendant | No. CR 22-1982 JGZ-1<br><br>SUPPLEMENTAL SENTENCING MEMORANDUM |

　　　COMES NOW JILL THORPE, by and for defendant, NICHOLAS SHANE GILBERT, to supplement the Sentencing Memorandum submitted with the Objection to the Presentence Report (ECF 32), based on the report by Pretrial Services (ECF 34), filed yesterday.

　　　Pretrial Services submitted a report yesterday, for this court's consideration at sentencing on January 17, 2023. The report indicates concerns re: release compliance and recommends that he be taken into custody at the time of sentencing if a custodial sentence is imposed. Specifically, the following are Pretrial Services' concerns and the defense response:

\*　　　Pretrial Services: At Nicholas' mental health assessment (triggered by an attempted suicide as a teenager (Presentence Report Final, ECF 33, Paragraph 45), Nicholas answered on the provider's questionnaire "a few

**JILL E. THORPE**
Attorney at Law
P.O. Box 85537
Tucson, Az. 85754
(520) 620-1849
jill@jillthorpe.com
Az Bar No. 10490

questions before returning it to the counselor, stating it was 'stupid,' and refusing to complete it." (PTS Report, dated 1-12-23, ECF 34, page 1). Additionally, Nicholas missed some therapy sessions and has seemed apathetic. (Id. at page 2).

Nicholas is dyslexic (PSR Final, Paragraph 49; Brandi Clark's Letter) and was enrolled in special education classes (PSR Final, Paragraph 48). Nicholas struggled to complete high school, although he did complete high school (PSR Final, Paragraph 48). Nicholas' struggles in school have made him very sensitive to being judged; he is a very positive young man, but nevertheless, a young man with self-esteem issues. In the first reports by Pretrial Services about this incident, Nicholas said that he did not complete the assessment because he felt the provider was judging him. (PSR Final, Paragraph 44)

Since this incident he participated in treatment. PTS reports he was supposed to have 2 sessions in October, and he missed one (PTS Report, at page 2). One session was due to illness and successfully rescheduled. (Id.) And there was another session in November that Nicholas missed (in part because his paternal grandmother died), and the rescheduled December session likely is the session that Nicholas confused the dates (he thought the therapist had failed to appear). He has attended two sessions in January. (Id.) He likes his therapist and both Nicholas and his mom think that he can benefit from the therapy sessions.

**JILL E. THORPE**
Attorney at Law
P.O. Box 85537
Tucson, Az. 85754
(520) 620-1849
jill@jillthorpe.com
Az Bar No. 10490

\*      Pretrial Services:  Nicholas has had some traffic tickets, for which fines have been imposed.  For a traffic ticket he obtained in September 2022, he was unable to pay the fine, so he served the sentence in jail. (PTS Report, at 2).  For the other ticket, PTS reported he was attempting to set up a payment plan.  (Id.)

Nicholas is indigent.  He lives with his mom and contributes to the family income through his work at Amazon.  However, even the combined income from Nicholas and Brandi (his mom), the family barely has enough to cover the family expenses.  He has set up a payment plan with the court for the ticket and through counsel provided proof to PTS and the parties. Moreover, when issues have been brought to his attention through counsel (the mental health assessment, the tickets), he has promptly responded, not because counsel has had to aggressively or harshly admonish him, but as a result of making sure he understood and also letting his mother know of the requirements.

Otherwise, Nicholas has complied with the conditions of his release. He obtained employment.  He has been substance abuse tested and had negative results.  The PTS home inspection showed nothing of concern. He has stayed in contact with his PTS caseworker.  Nicholas is a young man, on his first criminal case, who can successfully complete probation, and does not need a custodial sentence to understand the seriousness of his case or to be "motivated" to succeed on supervision.  The defense respectfully requests this court to grant Nicholas Gilbert

**JILL E. THORPE**
Attorney at Law
P.O. Box 85537
Tucson, Az. 85754
(520) 620-1849
jill@jillthorpe.com
Az Bar No. 10490

probation/supervised release, with no additional incarceration.

     Respectfully submitted this 13th day of January, 2023.

                        s/Jill Thorpe/
                        JILL E. THORPE, #10490

Copy delivered via ECF this
13th day of Jan., 2023, to:

U.S. District Court

Tanya Miller
United States Attorney's Office

All listed ECF recipients